IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EDDIE FORD, JR., )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>FRANK GRISWALD, et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:21cv83-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit asserting that, on January 23, 1991, while he was a prisoner, he lost his good-time-earning status without due process due to the actions of defendants. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion to supplement (Doc. 21) be granted, defendant Loveless Johnson's motion to dismiss (Doc. 17) be granted, plaintiff's motion to oppose (Doc. 20) be denied, and the entire case be dismissed with prejudice on statute-of-limitations grounds. Also before the court are plaintiff's objections to the

recommendation.  After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted, except that only the claims against Johnson will be dismissed at this time.  The court will address the claims against deceased defendants Frank Griswald and A. Garret separately and later.

An appropriate judgment will be entered.

DONE, this the 23rd day of March, 2022.

                                                                                                 /s/ Myron H. Thompson
                                                      **UNITED STATES DISTRICT JUDGE**