IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
EDDIE FORD, JR.,              )
                              )
    Plaintiff,                )
                              )    CIVIL ACTION NO.
    v.                        )      2:21cv83-MHT
                              )          (WO)
FRANK GRISWALD, et al.,       )
                              )
    Defendants.               )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Plaintiff's objections (Doc. 23) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 22) is adopted except to the extent it recommends dismissal of the claims against deceased defendants Frank Griswald and A. Garret.

(3) Plaintiff's motion to supplement (Doc. 21) is granted.

(4) Defendant Loveless Johnson's motion to dismiss (Doc. 17) is granted.

(5) Plaintiff's motion to oppose (Doc. 20) is denied.

(6) Plaintiff's claims against defendant Johnson are dismissed with prejudice on statute-of-limitations grounds, and said defendant is terminated as a party.

It is further ORDERED that costs are taxed against plaintiff as to his claim against defendant Johnson, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 23rd day of March, 2022.

                                 /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**