IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
EDDIE FORD, JR.,              )
                              )
     Plaintiff,               )
                              )    CIVIL ACTION NO.
     v.                       )      2:21cv83-MHT
                              )         (WO)
FRANK GRISWALD and            )
A. GARRETT,                   )
                              )
     Defendants.              )
```

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit asserting that, on January 23, 1991, while he was a prisoner, he lost his good-time-earning status without due process due to the actions of the defendants. The court previously dismissed plaintiff's claims against one defendant on a statute-of-limitations ground. *See* Opinion and Judgment (Doc. 24 & Doc. 25). This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's claims against the two remaining defendants, who appear to be deceased

and were never served, be dismissed with prejudice. Also before the court are plaintiff's objections to the recommendation and his motion for reconsideration. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled, his motion for reconsideration denied, and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 2nd day of May, 2022.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**