```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
          MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

EDDIE FORD, JR.,              )
                              )
     Plaintiff,               )
                              )    CIVIL ACTION NO.
     v.                       )       2:21cv83-MHT
                              )          (WO)
FRANK GRISWALD and            )
A. GARRETT,                   )
                              )
     Defendants.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) Plaintiff's objections (Doc. 28) are overruled.

(2) Plaintiff's motion for reconsideration (Doc. 27) is denied.

(3) The United States Magistrate Judge's recommendation (Doc. 26) is adopted.

(4) Plaintiff's claims against defendants Frank Griswald and A. Garrett are dismissed with prejudice on a statute-of-limitations ground.

No costs are taxed as to plaintiff's claims against defendants Frank Griswald and A. Garrett.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 2nd day of May, 2022.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**